# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**RONALD SATISH EMRIT,**

    **Plaintiff,**

v.                                                                                          Case No: 5:16-cv-599-Oc-CEMPRL

**ARCADIA HOUSING AUTHORITY and
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT**

    **Defendants.**

## REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis*. (Doc. 2). The undersigned previously deferred ruling on the motion to allow Plaintiff an opportunity to address numerous deficiencies by filing an amended complaint. (Doc. 3). The time within which Plaintiff was given to amend has certainly expired.

Prior to determining whether Plaintiff qualifies to proceed *in forma pauperis*, the Court has authority, under 28 U.S.C. §1915(e)(2), to review Plaintiff's complaint to determine whether it should be dismissed. Section 1915(e) provides that a district court may dismiss a case filed *in forma pauperis* if the court is satisfied that the action fails to state a claim upon which relief may be granted. "Although district courts must apply a 'less stringent standard' to the pleadings submitted by a *pro se* plaintiff, even a *pro se* litigant must allege the essential elements of the

---

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B); Local Rule 6.02. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

claims for relief." *Smith v. Ballmer*, No. 6:13-CV-82-ORL-18TBS, 2013 WL 787285, at *1 (M.D. Fla. Feb. 7, 2013) *report and recommendation adopted*, No. 6:13-CV-82-ORL-18TBS, 2013 WL 792831 (M.D. Fla. Mar. 4, 2013).

In this case, as noted above, because Plaintiff is proceeding without the benefit of legal counsel and is seeking to proceed *in forma pauperis*, the Court provided Plaintiff an opportunity to amend his complaint. *See Troville v. Venz*, 303 F.3d 1256, 1260 n. 5 (11th Cir. 2002). In doing so, the undersigned explained the requirements of Rules 8(a)(2), that Plaintiff's complaint failed to meet Rule 8(a)(2), and I clarified that his "failure to comply with Rules 8(a)(2) is in itself sufficient grounds to require Plaintiff to amend the pleading, and if Plaintiff intends to proceed *in forma pauperis*, as opposed to paying the filing fee, then Plaintiff must." (Doc. 3).

I also explained that Plaintiff had generally failed to assert any facts to support his numerous claims, that it was unclear whether this Court could grant Plaintiff the relief he seeks, and I also advised Plaintiff that "to the extent he is attempting to sue state and federal employees, the United States, or the State of Florida, under the law each is entitled to certain immunities from suit." (Doc. 3). I also noted that, assuming that this case does proceed, the Ocala Division may not be the appropriate division for this lawsuit.

The Court instructed Plaintiff that in lieu of amending his complaint, Plaintiff could opt to pay the appropriate filing fee. Finally, the Court warned Plaintiff that the "[f]ailure to file an amended complaint as discussed in this Order may result in a recommendation that Plaintiff's Motion to Proceed *in forma pauperis* be denied and that Plaintiff's Complaint be dismissed." (Doc. 3)

Unfortunately, despite being given the opportunity to amend, it appears that Plaintiff has neither filed an amended complaint nor paid the filing fee.

In consideration of the foregoing, it is respectfully **RECOMMENDED**:

1. The motion to proceed *in forma pauperis* (Doc. 2) be **DENIED**; and

2. The amended complaint (Doc.1) be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2).

**Recommended** in Ocala, Florida on November 16, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy