UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RONALD SATISH EMRIT,**

    **Plaintiff,**

v.                                                       Case No: 5:16-cv-599-Oc-41PRL

**ARCADIA HOUSING AUTHORITY and
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). United States Magistrate Judge Philip R. Lammens submitted a Report and Recommendation ("R&R," Doc. 4), in which he recommends that the motion be denied. He further recommends that the Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2).

After a *de novo* review of the record, and noting that no objections were timely filed,[1] the Court agrees with the analysis set forth in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] Although Plaintiff filed a Notice of Appeal (Doc. 5), apparently seeking relief from Judge Lammens' R&R, the Eleventh Circuit Court of Appeals dismissed Plaintiff's appeal for lack of jurisdiction, (Dismissal Order, Doc. 7). While the Court could perhaps construe Plaintiff's appeal as an objection to the R&R, it will not do so here as the appeal was filed more than two months after the R&R was issued—long after the fourteen-day window for the filing of timely objections had passed.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party